384 A.2d 983

Commonwealth v. Thomas Borris, Appellant.

Argued November 17, 1977. Donald J. McCue, with him McCue & Watson, for appellant; Joseph E. Ferens, Jr., Assistant District Attorney, with him Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Order affirmed.